BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE WANG, | Case No. 3:20-cv-3567-RS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| PORTOLA PHARMACEUTICALS INC., HOLLINGS C. RENTON, JEFFREY BIRD, M.D., PH.D., LAURA BREGE, DENNIS FENTON, PH.D., SCOTT GARLAND, JOHN H. JOHNSON, TED LOVE, M.D., DAVID C. STUMP, M.D., and H. WARD WOLF, | JUDGE:   Hon. Richard Seeborg<br>CTRM:   3 - 17th Floor |
| Defendants. | |

1   PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule
2   41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned
3   action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for
4   summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this
5   notice. Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a
6   mootness fee application, if any, which will be filed under this case number.

DATED: July 8, 2020

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
Betsy C. Manifold
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*